No. 96–6074. JONES v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 96–6077. MITCHELL v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–6080. STROTHERS ET AL. v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 96–6091. LINDLEY ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–6097. GARRETT v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 96–6098. HINES v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 96–6099. ANDERSON ET AL. v. UNITED STATES; and CABRERA-BAEZ v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 96–6100. SPEIGHT v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 96–6102. RAMOS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 96–6103. PALMER v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–6104. SHRESTHA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–6105. DUSENBERY v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 96–6106. MONTALVO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–6109. TOWNSEND v. UNITED STATES. C. A. 9th Cir. Certiorari denied.